# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

NOVOLUTO GMBH,

               Plaintiff/Counterclaim-Defendant,

vs.

XR, LLC D/B/A XR BRANDS,
Defendant/ Counterclaim-Plaintiff.

§ Case No. 8:24-cv-01907-HDV-DFM
§
§ **[PROPOSED] ORDER GRANTING**
§ **STIPULATION OF DISMISSAL**
§ **PURSUANT TO FED. R. CIV. P.**
§ **41(a)(1)(A)(ii) AND REQUEST TO**
§ **RETAIN JURISDICTION TO**
§ **ENFORCE SETTLEMENT**
§
§           **JS-6**
§
§ JURY TRIAL DEMANDED

The Court, having considered the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause shown,

**IT IS HEREBY ORDERED**:

1.     this action **IS DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties,

2.     each party shall bear its own costs and attorneys' fees,

3.     with the consent of the Parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the Parties' settlement agreement,

The Clerk is directed to close the file.

**DATED**: June 10, 2026

_____
Hernán D. Vera
United States District Judge